THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NICHOLAS MANFREDI, Appellant.

Submitted October 3, 1955; decided November 23, 1955.

Motion for enlargement of time granted and case set down for argument during the January, 1956, session of the Court of Appeals.

Motion for leave to prosecute appeal upon the original record and for assignment of counsel granted and Edward J. Filipowicz, Esq., 226 Union Street, Poughkeepsie, New York, assigned as counsel to appellant on the appeal herein.